United States District Court
Southern District of Texas
**ENTERED**
November 28, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the April 9, 2016 Manny Pacquiao v. Timothy Bradley, Jr. WBO Welterweight Championship Fight Program, <br><br> Plaintiff, <br><br> v. <br><br> 1) LOS TAQUITOS BAR AND GRILL LLC, individually, and d/b/a LOS TAQUITOS and d/b/a LOS TAQUITOS BAR AND GRILL; and <br> 2) MARIO GARZA, individually, and d/b/a LOS TAQUITOS and d/b/a LOS TAQUITOS BAR AND GRILL; and <br> 3) OLGA L. GARZA, individually, and d/b/a LOS TAQUITOS and d/b/a LOS TAQUITOS BAR AND GRILL, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 7:19-cv-00096 |

## Final AGREED JUDGMENT

Plaintiff J&J Sports Productions, Inc. ("Plaintiff") and Defendants 1) Los Taquitos Bar and Grill LLC, individually, and d/b/a Los Taquitos and d/b/a Los Taquitos Bar and Grill; 2) Mario Garza, individually, and d/b/a Los Taquitos and d/b/a Los Taquitos Bar and Grill; and 3) Olga L. Garza, individually, and d/b/a Los Taquitos and d/b/a Los Taquitos Bar and Grill (collectively "Defendants") agree that the Court should sign and cause to be entered this *Agreed Judgment* in favor of Plaintiff and against Defendants.

IT IS, THEREFORE, ORDERED that Plaintiff recover from Defendants, joint and severally:

- Damages in the amount of $20,000.00;
- Court costs; and

- Interest on all sums awarded herein at the rate of 4.56% from the date of entry of this *Agreed Judgment*.

It is further ordered that all writs and process for the enforcement and collection of this *Agreed Judgment* may issue as necessary.

This *Agreed Judgment* is a final judgment. Therefore, any relief not expressly granted herein is denied.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 28th day of November, 2022.

_____
Micaela Alvarez
United States District Judge

AGREED TO:

By: _____
David M. Diaz
State Bar No. 24012528
Southern District Bar No. 889588
ddiaz@jonesdavis.com

JONES, DAVIS & JACKSON, PC
15110 N. Dallas Parkway, Suite 300
Dallas, Texas 75248
(972) 733-3117 – Telephone
(972) 733-3119 – Fax

ATTORNEY FOR PLAINTIFF

By: _____
Katie Pearson Klein
State Bar No. 11561900
Southern District No. 7577   11/22/22
William D. Mount, Jr.
State Bar No. 14602950
Southern District No. 14992
office@daleklein.com

DALE & KLEIN, L.L.P.
1100 E. Jasmine Ave. Ste 202
McAllen, Texas 78501
(956) 687-8700 – Telephone
(956) 687-2416 – Fax

ATTORNEYS FOR DEFENDANTS